*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOLF RUN HOLLOW, LLC,<br><br>            Plaintiffs,<br><br>  v.<br><br>HARLAND FINANCIAL SOLUTIONS, INC.,<br><br>            Defendants. | Case No. CV 12-1662-GW(AGRx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.

    IT IS SO ORDERED.

Dated: December 12, 2012        BY THE COURT

                                               _____<br>                                               HONORABLE GEORGE H. WU<br>                                               UNITED STATES DISTRICT COURT